IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02500-BNB

LYNN EUGENE SCOTT,

    Applicant,

v.

WARDEN OF THE BUENA VISTA CORRECTIONAL FACILITY,

    Respondent.

---

ORDER GRANTING RESPONDENT EXTENSION OF TIME TO FILE
RESPONSE TO MOTION TO AMEND AND HABEAS CORPUS APPLICATION

---

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed in this case on September 30, 2011, the Court determined that a limited preliminary response to the habeas corpus application was appropriate. Therefore, on October 4, 2011, the Court directed Respondent pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file within twenty-one days a preliminary response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies.

On October 14, 2011, Applicant filed a motion titled "Motion to Amend Habeas Application." *See* ECF No. 6. Respondent will be directed to respond to the motion to amend at the same he files his preliminary response, and will be allowed an additional twenty-one days from the date of this order to do so. The deadline for filing the preliminary response listed in the October 4 order will be vacated.

Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this order** Respondent shall file a response to the motion to amend filed on October 14, 2011, at the same time he files a preliminary response that complies with the October 4, 2011, order. It is

FURTHER ORDERED that the deadline for filing the preliminary response listed in the October 4 order is vacated. It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the preliminary response** Applicant may file a reply, if he desires.

DATED October 24, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02500-BNB

Lynn Eugene Scott
Prisoner No. 60760
Buena Vista Correctional Complex
PO Box 2017
Buena Vista, CO 81211

Warden of the Buena Vista Correctional Facility
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

James Quinn, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk